# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORR WATER DITCH CO., *et al.*,<br><br>    Defendants. | Case No. 3:73-cv-00018<br><br>**ORDER** |
| In Re: Nevada State Engineer Ruling No. 5747 | |

   Respondent Grand Slam Enterprises, LLC, moved pursuant to Fed. R. Civ. Pro. 12 for the dismissal (#12) of the Pyramid Lake Paiute Tribe's Petition for Judicial Review of Nevada State Engineer Ruling #5747. The Tribe opposed the motion (#18).

   Grand Slam argues that the Tribe neither protested nor made an appearance in Grand Slam's Application No. 66729, one of many applications decided by the State Engineer in Ruling #5747. The Tribe concedes that it neither appeared nor protested Grand Slam's Application. The Tribe argues, however, that it is *aggrieved* by the State Engineer's ruling, and thus has standing to appeal. *See* Nev. Rev. Stat. §533.450(1) ("any

person feeling himself aggrieved by any order or decision of the State Engineer . . . affecting his interest . . . may have the same reviewed by a proceeding for that purpose."

The Tribe's failure to appear, protest, object, or otherwise participate in Grand Slam's Application precludes them from now asserting, to this reviewing court, that they are aggrieved by the decision of the State Engineer. The Court considers the Tribe's failure to appear, protest, object, or otherwise participate in the Application as constituting the Tribe's consent to the State Engineer's decision regarding that Application and will not entertain any arguments to the contrary.

Accordingly, for good cause shown,

THE COURT **ORDERS** that Grand Slam Enterprises, LLC's Motion to Dismiss (#12) is GRANTED as follows: The Pyramid Lake Paiute Tribe's Petition for Judicial Review of Ruling #5747 is DISMISSED to the extent it seeks review of the State Engineer's Ruling regarding Grand Slam Enterprises, LLC's Application No. 66729.

DATED this _____ day of August, 2010.

_____
Lloyd D. George
United States District Judge